IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | INDICTMENT | |
| v. | Case No. 20 CR 133 WMC | |
| | 18 U.S.C. § 1168(b) | |
| LEVA OUSTIGOFF, Jr., a.k.a. DINO, | | |
| Defendant. | | |

---

THE GRAND JURY CHARGES:

## COUNT 1

On or about December 18, 2015, in the Western District of Wisconsin, the defendant,

LEVA OUSTIGOFF, Jr., a.k.a. DINO,

being an employee of the St. Croix Casino Turtle Lake, a gaming establishment operated by or for or licensed by an Indian Tribe, that of the St. Croix Chippewa Indians of Wisconsin, pursuant to an ordinance or resolution approved by the National Indian Gaming Commission, embezzled and willfully misapplied approximately $9,500 of money of such establishment.

(In violation of Title 18, United States Code, Section 1168(b)).

## COUNT 2

On or about April 4, 2016, in the Western District of Wisconsin, the defendant,

LEVA OUSTIGOFF, Jr., a.k.a. DINO,

being an employee of the St. Croix Casino Turtle Lake, a gaming establishment operated by or for or licensed by an Indian Tribe, that of the St. Croix Chippewa Indians of Wisconsin, pursuant to an ordinance or resolution approved by the National Indian Gaming Commission, embezzled and willfully misapplied approximately $7,500 of money of such establishment.

(In violation of Title 18, United States Code, Section 1168(b)).

## COUNT 3

On or about April 29, 2016, in the Western District of Wisconsin, the defendant,

LEVA OUSTIGOFF, Jr., a.k.a. DINO,

being an employee of the St. Croix Casino Turtle Lake, a gaming establishment operated by or for or licensed by an Indian Tribe, that of the St. Croix Chippewa Indians of Wisconsin, pursuant to an ordinance or resolution approved by the National Indian Gaming Commission, embezzled and willfully misapplied approximately $1,799 of money of such establishment.

(In violation of Title 18, United States Code, Section 1168(b)).

## COUNT 4

On or about September 13, 2017, in the Western District of Wisconsin, the defendant,

LEVA OUSTIGOFF, Jr., a.k.a. DINO,

being an employee of the St. Croix Casino Turtle Lake, a gaming establishment operated by or for or licensed by an Indian Tribe, that of the St. Croix Chippewa Indians of Wisconsin, pursuant to an ordinance or resolution approved by the National Indian Gaming Commission, embezzled and willfully misapplied approximately $8,599 of money of such establishment.

(In violation of Title 18, United States Code, Section 1168(b)).

## COUNT 5

On or about October 19, 2017, in the Western District of Wisconsin, the defendant,

LEVA OUSTIGOFF, Jr., a.k.a. DINO,

being an employee of the St. Croix Casino Turtle Lake, a gaming establishment operated by or for or licensed by an Indian Tribe, that of the St. Croix Chippewa Indians of Wisconsin, pursuant to an ordinance or resolution approved by the National Indian Gaming Commission, embezzled and willfully misapplied approximately $8,599 of money of such establishment.

(In violation of Title 18, United States Code, Section 1168(b)).

## COUNT 6

On or about October 25, 2017, in the Western District of Wisconsin, the defendant,

LEVA OUSTIGOFF, Jr., a.k.a. DINO,

being an employee of the St. Croix Casino Turtle Lake, a gaming establishment operated by or for or licensed by an Indian Tribe, that of the St. Croix Chippewa Indians of Wisconsin, pursuant to an ordinance or resolution approved by the National Indian Gaming Commission, embezzled and willfully misapplied approximately $20,000 of money of such establishment.

(In violation of Title 18, United States Code, Section 1168(b)).

## COUNT 7

On or about November 27, 2017, in the Western District of Wisconsin, the defendant,

LEVA OUSTIGOFF, Jr., a.k.a. DINO,

being an employee of the St. Croix Casino Turtle Lake, a gaming establishment operated by or for or licensed by an Indian Tribe, that of the St. Croix Chippewa Indians of Wisconsin, pursuant to an ordinance or resolution approved by the National Indian Gaming Commission, embezzled and willfully misapplied approximately $8,000 of money of such establishment.

(In violation of Title 18, United States Code, Section 1168(b)).

## COUNT 8

On or about January 18, 2018, in the Western District of Wisconsin, the defendant,

LEVA OUSTIGOFF, Jr., a.k.a. DINO,

being an employee of the St. Croix Casino Turtle Lake, a gaming establishment operated by or for or licensed by an Indian Tribe, that of the St. Croix Chippewa Indians of Wisconsin,

pursuant to an ordinance or resolution approved by the National Indian Gaming Commission, embezzled and willfully misapplied approximately $8,637 of money of such establishment.

(In violation of Title 18, United States Code, Section 1168(b)).

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: 10/21/2020

_____
SCOTT C. BLADER
United States Attorney