# COURTROOM MINUTES
## ARRAIGNMENT/PLEA HEARING

DATE: 3/29/2022     DAY: Tuesday     START TIME: 2:37 pm     END TIME: 3:00 pm

JUDGE/MAG.: WMC     CLERK: JLS     REPORTER: PCH

PROBATION OFFICER: _____     INTERPRETER: _____     SWORN: YES ☐ NO ☐

CASE NUMBER: 20-cr-133-wmc     CASE NAME: USA v. Leva Oustigoff

**APPEARANCES:**

ASST. U.S. ATTY.: Diane Schlipper     DEFENDANT ATTY.: Patrick Stangl

DEFENDANT PRESENT: YES ☒ NO ☐

**OFFENSE INFORMATION:**

MAXIMUM PENALTY: CT(S) 2 ; 3 YR(S) IMPRISONMENT; $ 250,000 FINE; 1 YEAR(S) SUPERVISED RELEASE; $ 100 SPECIAL ASSESSMENT; ☐ RESTITUTION.

DEFENDANT AGE: 60     ☐ INDICTMENT/INFORMATION READ     ☐ DEFENDANT WAIVES READING

**PLEA:**

- ☒ GUILTY
- ☐ NOT GUILTY
- ☐ NO CONTEST
- ☐ MUTE

- ☒ DEFENDANT SWORN
- ☒ PLEA ACCEPTED AS KNOWING AND VOLUNTARY
- ☒ DEFT. ADJUDGED GUILTY BY COURT

**TRIAL SCHEDULE:**

JURY SEL./TRIAL: _____     TRIAL ESTIMATE: _____ DAYS

PTMH/EVID. HRG.: _____     MOTIONS DUE: _____

FPTC: _____     FPTC SUBMISSIONS: _____

FINAL HEARING: _____

**SENTENCING SCHEDULE:**

PRESENTENCE REPORT DUE: 6/3/2022     OBJECTIONS DUE: 6/17/2022

SENTENCING: 7/7/2022 at 1:00 pm

**RELEASE/DETENTION:**

- ☒ ORDER SETTING CONDITIONS OF RELEASE ENTERED/AFFIRMED.
- ☐ DEFENDANT DETAINED PENDING TRIAL/SENTENCING.
- ☐ DEFENDANT TEMPORARILY DETAINED; DETENTION HEARING: _____

**NOTES:**

TOTAL COURT TIME: 23 min