## COURTROOM MINUTES
## SENTENCING / JUDICIAL REVIEW

DATE: 7/7/2022    DAY: Thursday    START TIME: 1:00 PM    END TIME: 1:32 PM
JUDGE/MAG.: Conley    CLERK: rks    REPORTER: JD
PROBATION OFFICER: Mariah Stieve    INTERPRETER: _____    SWORN:
CASE NUMBER: 20-cr-133-wmc    CASE NAME: USA v. Leva Oustigoff

**APPEARANCES:**
AUSA: Laura Przybylinski Finn    DEFENDANT ATTY.: Patrick Stangl

DEFENDANT PRESENT:

**SENTENCING GUIDELINE RANGE:**
   TOTAL OFFENSE LEVEL: 15    CRIMINAL HISTORY CATEGORY: I
   ADVISORY GUIDELINE IMPRISONMENT RANGE: 18 to 24 MONTHS.

**SENTENCE:**
COUNT(S) 2s : ☒ INDICTMENT  ☐ INFORMATION
CBOP  CT. 2s ;  18  MOS.;  1  YRS. S/R;  $ 100  CA; $ 40,702.38  REST.; $ -  FINE.
       CT. ___ ; ___ MOS.; ___ YRS. S/R; $ ___ CA; $ ___ REST.; $ ___ FINE.
   ☒ VOLUNTARY SURRENDER: 8/9/2022  between  noon  and  02:00 PM ;
   ☐ RELEASE CONDITIONS CONTINUED.
   ☐ DETAINED.

**ACTIONS:**
   ☒ PLEA AGREEMENT ACCEPTED
   ☒ DEFENDANT ADVISED OF RIGHT TO ALLOCUTE (OPPORTUNITY TO SPEAK)
   ☒ DEFENDANT ADVISED OF RIGHT TO APPEAL
   ☒ GOVERNMENT MOTION TO DISMISS REMAINING COUNTS GRANTED
   ☐ REVOKED

**NOTES:**

TOTAL COURT TIME: 0'32"